UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:17-CR-325 |
| v. | |
| NICOLAUS HARMAN, | (Judge Mannion) |
| Defendant | |

INDICTMENT

FILED
SCRANTON

OCT 2 4 2017

PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT ONE

At times material to this Indictment, victim A. B. was engaged in trafficking of controlled substances in interstate commerce.

From on or about April 15, 2017, to on or about April 18, 2017, in the Middle District of Pennsylvania, the defendant,

**NICOLAUS HARMAN,**

did knowingly and willfully conspire and agree with others, known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by robbery, and to commit and threaten physical violence to victim A. B. in furtherance of a plan and purpose to obstruct, delay, and affect commerce

1

and the movement of commerce by robbery.

In violation of Title 18, United States Code, Section 1951(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT TWO</u>

At times material to this Indictment, victim A. B. was engaged in trafficking of controlled substances in interstate commerce.

On or about April 16, 2017, in the Middle District of Pennsylvania, the defendant,

<b>NICOLAUS HARMAN,</b>

aided and abetted by others, and aiding and abetting others, did knowingly and willfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by robbery, and did commit and threaten physical violence to victim A. B. in furtherance of a plan and purpose to obstruct, delay, and affect commerce and the movement of commerce by robbery, and did attempt to do so.

In violation of Title 18, United States Code, Section 1951(a).

## THE GRAND JURY FURTHER CHARGES:

## COUNT THREE

From on or about April 15, 2017, to on or about April 18, 2017, in the Middle District of Pennsylvania, the defendant,

## NICOLAUS HARMAN,

knowingly and intentionally combined, conspired, confederated, and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT FOUR

Counts 1, 2, and 3 are hereby incorporated by reference.

On or about April 16, 2017, in Monroe County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**NICOLAUS HARMAN,**

did knowingly possess, use, carry, brandish, and discharge a firearm, in furtherance of, and during and in relation to, a violent crime for which he may be prosecuted in a court of the United States, that is, conspiracy to interfere with commerce by robbery, as charged in Count 1, and interference with commerce by robbery, as charged in Count 2, and in furtherance of, and during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the conspiracy to distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, as charged in Count 3.

All in violation of Title 18, United States Code, Section 924(c).

## THE GRAND JURY FURTHER CHARGES:

### COUNT FIVE

On or about April 16, 2017, in the Middle District of Pennsylvania, the defendant,

## NICOLAUS HARMAN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger P-85 9mm handgun, bearing serial number 302-65632, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL

BRUCE D. BRANDLER
United States Attorney

By:

FOREPERSON

SEAN A. CAMONI
Assistant United States Attorney

Date: 10-24-17